# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146870

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v                                                          SC:  146870
                                                           COA:  306986
                                                           Wayne CC:  11-004804-FC

HENRY LEVELL JOHNSON,
           Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0722

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013

                                                            Clerk